IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY J. WONCH, | Case No. _____ |
| Plaintiff, | |
| v. | |
| DEREK K. MEYER, Individually, NAVAJO EXPRESS, INC., a Colorado Corporation, | |
| Defendants. | |

## COMPLAINT

COMES NOW the Plaintiff, JEREMY J. WONCH, by and through his attorneys of record, DEMERATH LAW OFFICE, and O'HANLON, MCCOLLOM & DEMERATH complaining of the Defendants, DEREK K. MEYER, Individually, who is thought to reside at 334 West Troy, Kuna, ID 83634, and NAVAJO EXPRESS, INC., a Colorado corporation doing business all over the United States with its main office located at 1400 West 64th Avenue, Denver, CO 80221, and each of them, and states as follows:

1. On April 24, 2012, and all times relevant herein, the Plaintiff, JEREMY J. WONCH was a citizen and resident of the State of Nebraska.

2. On April 24, 2012, and all times relevant herein, it is believed that the Defendant, DEREK K. MEYER was a citizen and resident of the State of Idaho.

3. On April 24, 2012, and currently, the Defendant, NAVAJO EXPRESS, INC., was and is a corporation doing business all over the United States and was and is

1

believed to be a corporation organized and existing under the laws of the State of Colorado. Said Defendant is believed to have been doing business herein out of its terminal located at 1356 East Beechcraft Court, Boise, ID 83716 (See Motor Vehicle Accident Report attached hereto and made a part hereof).

4. On April 24, 2012, at or about the hour of 18:35, JEREMY J. WONCH was traveling westbound in his 2008 Ford, F1S, on I-80 near mile post 137 in Keith County, Nebraska.

5. On April 24, 2012, at or about the hour of 18:35, Defendant DEREK K. MEYER was operating, managing, maintaining, and controlling a 2012 Kenworth Conventional tractor and semi-trailer westbound on I-80 near mile post 137 in Keith County, Nebraska.

6. On April 24, 2012, and at all times mentioned herein the Defendants NAVAJO EXPRESS, INC., by and through its duly authorized agent and/or employee and/or representative DEREK K. MEYER owned, operated, managed, maintained, cared for, inspected, and/or controlled the 2012 Kenworth Conventional tractor and semi-trailer westbound on I-80 near mile post 137 in Keith County, Nebraska.

7. On April 24, 2012, and at all times mentioned herein the Defendant DEREK K. MEYER while operating and controlling the aforementioned tractor and trailer as the agent, employee, and/or representative of the Defendant NAVAJO EXPRESS, INC., was acting within the course and scope of that employment and/or agency.

8. At the time of the accident, due to poor maintenance and/or inspection and/or care and/or negligent operational control, of the subject tractor and trailer by DEREK K. MEYER it violently struck the rear of JEREMY J. WONCH's vehicle.

9. The impact of the vehicle driven by DEREK K. MEYER in striking the rear of JEREMY J. WONCH's vehicle caused extremely serious personal injuries to JEREMY J. WONCH.

10. On April 24, 2012, and at all times mentioned herein, at least Defendants DEREK K. MEYER and NAVAJO EXPRESS, INC., and each of them were jointly and/or severely liable for injuries and damages caused to JEREMY J. WONCH by Defendant DEREK K. MEYER.

11. Defendant NAVAJO EXPRESS, INC., had policies and/or procedures in place of promoting, encouraging, and/or requiring the continued operation of its vehicles regardless of the unit's mechanical condition, surrounding circumstances, and/or the physical condition of the driver.

12. At all times referenced herein, the Defendant NAVAJO EXPRESS, INC., by and through its duly appointed agent, employee, servant, and/or representative, DEREK K. MEYER had a duty to those traveling on I-80, including the Plaintiff, to exercise reasonable care and control with respect to the operation, maintenance, inspection, and/or management of the aforesaid tractor and trailer.

13. At the aforementioned time and place, the Defendant NAVAJO EXPRESS, INC., by and through its duly authorized agent, employee, servant, and/or representative, Defendant DEREK K. MEYER was then and there guilty of one or more of the following negligent acts, gross negligent acts, malicious acts, evil acts, and/or

known willful omissions, and all committed with evil intent, and/or with reckless and wanton disregard of fellow travelers' rights on the subject roadway:

(a) Defendant DEREK K. MEYER was less than honest and forthcoming in his application for employment and/or Defendant NAVAJO EXPRESS, INC., failed to properly perform a background check on Defendant DEREK K. MEYER and/or hired people who were improperly trained and/or unqualified to operate over the road vehicles like the one involved herein;

(b) Defendant DEREK K. MEYER was improperly trained and/or failed to meet the minimum requirements of driving an over the road vehicle, which is the subject of this action;

(c) Defendant DEREK K. MEYER violated alcohol consumption rules and/or laws;

(d) Failed to properly maintain the tractor and trailer in question, including but not limited to, brakes, tires, and wheels on said vehicle;

(e) Failed to properly inspect the tractor and trailer in question, including but not limited to, brakes, tires, and wheels on said vehicle;

(f) Failed to properly manage the tractor and trailer in question, including but not limited to, brakes, tires, and wheels on said vehicle;

(g) Failed to properly control the tractor and trailer in question, including but not limited to, brakes, tires, and wheels on said vehicle;

(h) Failed to exercise due care in the operation, lookout, and control of the aforesaid tractor and trailer in question;

(i) Operated a motor vehicle with a reckless and wanton disregard for the safety of fellow travelers on the roadway in question, including JEREMY J. WONCH;

(j) Negligently failed to take reasonable action to avoid the collision with the vehicle driven by JEREMY J. WONCH; and,

(k) Were otherwise generally malicious, actually, knowingly, intentionally, willfully, recklessly, careless, and/or negligent.

14. In addition to the negligence set forth herein, the Defendants were negligent *per se* in failing to knowingly comply with the Federal Motor Carrier Safety Act, and any other applicable federal or state law or regulation concerning the proper maintenance, inspection, management, operation, and control all vehicle equipment.

15. Each of the aforementioned negligent acts, gross negligent acts, malicious acts, evil acts and/or known willful omissions of the Defendants constituted the proximate cause of the collision between the Defendants' subject tractor and trailer and the vehicle driven by JEREMY J. WONCH, and of the resulting injuries and damages to Plaintiff.

16. The negligent acts, gross negligent acts, malicious acts, evil acts and/or known willful omissions listed herein occurred while Defendant DEREK K. MEYER was an agent for and/or in the course and scope of his employment for Defendant NAVAJO EXPRESS, INC. Thus, the doctrines of Agency and/or Respondeat Superior are applicable in this case thereby imputing any negligence of Defendant DEREK K. MEYER to Defendant NAVAJO EXPRESS, INC.

17. As a direct and proximate result of the negligence of the Defendants herein, JEREMY J. WONCH sustained injuries and damages, including unnecessary painful physical discomfort, mental agony, and disability.

18. JEREMY J. WONCH incurred medical and hospital expenses as a proximate result of the negligence of each of the Defendants.

19. JEREMY J. WONCH incurred mileage expenses and loss of time at work as a proximate result of the negligence of each of the Defendants.

20. The damages suffered by Plaintiff and sought to be recovered by this suit are more likely than not to exceed the amount of damages required for diversity jurisdiction.

WHEREFORE, Plaintiff requests judgment against each of the Defendants for general and special damages in an amount that will fairly and adequately compensate him for bodily injury and resulting pain and suffering, disability, mental anguish, and/or loss of consortium – along with interest thereon, together with his costs and such other relief as may be allowed by the laws of Nebraska.

**JURY TRIAL DEMANDED.**

DATE this 3rd day of June, 2014.

JEREMY J. WONCH, Plaintiff,

By: _____
Larry R. Demerath, #10978
of: DEMERATH LAW FIRM
12829 West Dodge Road, Suite 201
Omaha, Nebraska 68154-2188
PH: (402) 677-5656

and

of:
Justin B. Demerath, #24244
O'HANLON, MCCOLLOM, & DEMERTH
808 West Avenue
Austin, Texas 78701
PH: (512) 494-9919

# State of Nebraska Investigator's Motor Vehicle Accident Report

**Sheet 1 of 2**

- 212014427
- Total Number of Vehicles: 002
- Agency Case No.: D12-5415-08302
- Hit & Run?: No
- Investigation Made at Scene?: Yes

**Date of Accident:** 04-24-2012 (Wednesday)
**Time of Accident:** 1835 (Military Time)
**Police Notified:** 1835

**Place of Accident:**
- County: Keith
- Private Property?: No
- Latitude: 41.06.44.00
- Longitude: 101.31.08.00

**Road on which accident occurred:** Interstate 80
- One-way street?: No
- Distance from Milepost: 370 feet West of Milepost 137
- Highway No.: I-80
- Should Location Have Engineering Study?: No

**If Not at Intersection:** 370 feet West of Milepost 137 Interstate 80

**If accident was outside city limits, indicate distance from nearest town:**
- 1 mile South AND 8 miles West of Paxton - 1925

**R. Work Zone Codes:** R1:3 R2:4 R3:2 R4:2
**S. Pedestrian Classification Codes:** (blank)
**Does Accident Involve Damage to State Dept. of Roads' Property?:** No

## Vehicle No. 1

- Driver License No.: ZC222122K — State: ID — Sex: Male
- Driver: Derek K Meyer
- Phone: (208) 392-0329
- Address: 334 W Troy, Kuna, ID, 83634
- Date of Birth: 09-22-1962
- Owner: Navajo Express Inc
- Phone: (303) 287-3800
- Owner Address: 1356 Beechcraft Ct, Boise, ID, 83716
- Citation: No
- License Plate: AP No. AJ5815 — Year (Plate Expires): 2012 — State: ID
- Vehicle Year: 2012 — Make: Kenworth — Model: Conventional — Body Style: Tractor with se — Color: WHI
- Estimated Damage: $15,000
- Vehicle ID No. (VIN): 1XKAD49X5CJ292537
- Insurance Company: TAS Insurance Group
- Policy No.: AD001680J
- Towed To: Ogallala — Towed By: MCM Towing

## Vehicle No. 2

- Driver License No.: H12176073 — State: NE — Sex: Male
- Driver: JEREMY J WONCH
- Address: 2412 RD 115, SIDNEY, NE, 69162
- Date of Birth: 06-02-1977
- Owner: JEREMY WONCH
- Owner Address: 1509 21ST AVENUE, SIDNEY, NE, 69162-1815
- Citation: No
- License Plate: TC No. 39299 — State: NE
- Vehicle Year: 2008 — Make: Ford — Model: F1S — Color: BLK
- Estimated Damage: Totaled
- Vehicle ID No. (VIN): 1FTPW14V28FB13482
- Insurance Company: State Farm
- Policy No.: 0412072272
- Towed To: Ogallala — Towed By: Mike's Towing

## Injured Persons

| Veh. # | Name | Address | Medical Facility | EMS Service | Date of Birth | Year Position | Eject | Body Region | Injury Sev. | Trans. | Sex |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | Jeremy J Wonch | 2412 Rd 115, Sidney, NE, 69162 | Ogallala - Ogallala Community Hospital - Keith | Paxton VFD | 06-02-1977 | 01 | 1 | 08 | 4 | 2 | M |

DR Form 40, Jan 09

0001


## THE FOLLOWING INFORMATION IS REQUIRED FOR ALL ACCIDENTS

**INDICATE BY DIAGRAM WHAT HAPPENED**

AGENCY CASE NO. D12-5415-08302

Indicate North by Arrow

Dust Storm

North Ditch
Shoulder
Westbound Interstate 80 (Closed for Construction)

Vehicle 2
Grass Median

Eastbound/Westbound traffic Interstate/Vehicle 1 — Vehicle 2 — Vehicle 1

Shoulder
South Ditch

### DESCRIPTION OF ACCIDENT BASED ON OFFICER'S INVESTIGATION

Vehicles 1 and 2 were travelling westbound Interstate 80 within construction area with crossover traffic. Both drivers encountered a wind/dust storm that limited visibility to almost none at all. Vehicle 2 slowed and vehicle 1 collided with the rear end of vehicle 2. Vehicle 1 came to a stop on the westbound lane. Vehicle 2 came to rest on its side in the grass median.

**PROPERTY**

| OBJECT DAMAGED | OWNER NAME | ADDRESS | PHONE | APPROX. COST OF DAMAGE |
|---|---|---|---|---|
|  |  |  | ( ) | $ |
| OBJECT DAMAGED | OWNER NAME | ADDRESS | PHONE | APPROX. COST OF DAMAGE |
|  |  |  | ( ) | $ |

**WITNESSES**

| NAME | ADDRESS | PHONE |
|---|---|---|
| Izyaslov Koza, 144 Hickory Ave Bergenfield NJ 07621 |  | (201) 281-2242 |
| NAME | ADDRESS | PHONE |

### VEHICLE MOVEMENT BEFORE COLLISION

| VEH NO. | N | S | E | W | ROAD OR HIGHWAY NAME |
|---|---|---|---|---|---|
| 1 |  |  | X |  | I-80 |
| 2 |  |  | X |  | I-80 |

| | |
|---|---|
| 1 | 01 |
| 2 | 01 |

01 Essentially straight ahead
02 Backing
03 Changing lanes
04 Overtaking/Passing
05 Turning right
06 Turning left
07 Making U-turn
08 Entering traffic lane
09 Leaving traffic lane
10 Parked
11 Slowing or stopped in traffic
12 Other
13 Unknown

### POINT OF IMPACT AND MOST DAMAGED AREA

(Enter numbers for each vehicle)

| | VEHICLE 1 | VEHICLE 2 |
|---|---|---|
| POINT OF IMPACT | 02 | 06 |
| MOST DAMAGED AREA | 02 | 06 |

00 None
09 Top & windows
10 Undercarriage
11 Total (all areas)
12 Other

### AIRBAG DEPLOYED

VEHICLE 1: 5
1 Deployed - front
2 Deployed - side
3 Deployed - both front/side
4 Not deployed
5 Not applicable
6 No airbag available
0 Unknown

VEHICLE 2

### RESTRAINT USE

VEHICLE 1: 2
None used - vehicle occupant
Lap & shoulder belt used
Shoulder belt only used
Lap belt only used
Child safety seat used
Child booster seat used
DOT approved helmet used
Costume helmet used
Restraint use unknown

VEHICLE 2

### TOTAL OCCUPANTS
VEH 1: 001   VEH 2: 001

| | Driver No. 1 | Driver No. 2 | Pedestrian |
|---|---|---|---|
| ALCOHOL TESTING | Y | Y | Y |
| ALCOHOL LEVEL TESTED | N | X N | N |
| BAC LEVEL | | | |
| DRUGS SUSPECTED | 1 | 1 | |

1 Neither alcohol nor drugs suspected
2 Yes - alcohol suspected
3 Yes - drugs suspected
4 Yes - alcohol & drugs suspected
5 Unknown

| OFFICER NO. | TROOP/TEAM/BEAT | DEPARTMENT | Photographs taken? |
|---|---|---|---|
| 391 | D | 0001 Nebraska State Patrol | X YES / NO |

| INVESTIGATOR NAME | INVESTIGATOR SIGNATURE | DATE OF REPORT |
|---|---|---|
| Trp. Martens | Digital Certificate with Nebraska Crime Commission | 04/25/2012 |

# State of Nebraska
## Investigator's Supplemental Truck and Bus Accident Report

**212014427**

This form must be completed in addition to the DR Form 40, "Investigator's Motor Vehicle Accident Report," if any of the vehicles involved meet the criteria listed on the back of this form.

Sheet 2 of 2

| LOCAL NO./DISTRICT | DATE OF ACCIDENT | COUNTY | CITY | STATE USE ONLY |
|---|---|---|---|---|
|  | 04-24-2012 | Keith |  |  |

| AGENCY CASE NO. | OCCURRED ON HIGHWAY/ROAD/STREET |
|---|---|
| D12-5415-08302 | Interstate 80 |

### TRUCK / BUS - 1

**DRIVER:** Derek K Meyer

**CARRIER IDENTIFICATION:** 1 U.S. DOT 270970    1 ICC MC _____

**CARRIER NAME:** Navajo Express Inc

**CARRIER ADDRESS:** 1356 Beechcraft Ct, Boise, ID, 83716

**GROSS VEHICLE WEIGHT RATING (GVWR) or GROSS COMBINATION VEHICLE WEIGHT RATING (GCVWR)** (Combined rating for vehicles and trailers):
- [ ] 10,000 Lbs. or Less (Requires Haz Mat Placards)
- [ ] 10,001 Lbs. - 26,000 Lbs.
- [X] More than 26,000 Lbs.

**TRAILER LICENSE PLATE:** No. 7470EB   Year 2012   State OK

**VEHICLE CONFIGURATION (Check one):**
- 2 [ ] Single-Unit Truck (10,001-26,000 Lbs. GVWR)
- 3 [ ] Single-Unit Truck (Greater than 26,000 Lbs. GVWR)
- 4 [ ] Truck Tractor (bobtail)
- 5 [ ] Truck with Trailer
- 6 [X] Tractor with Semi-Trailer
- 7 [ ] Tractor with Doubles
- 8 [ ] Tractor with Triples
- 9 [ ] Unknown Heavy Truck
- 37 [ ] Bus (seats 9-15, including driver)
- 38 [ ] Bus (seats 15+, including driver)
- 39 [ ] Haz Mat Passenger Car
- 40 [ ] Haz Mat Light Truck (van, mini van, pickup, sport utility) (10,000 Lbs. or less GVWR)

**CARGO BODY TYPE (Check one):**
- 1 [ ] Bus (seats 9-15, including driver)
- 2 [ ] Bus (seats 15+, including driver)
- 3 [X] Van/Enclosed Box
- 4 [ ] Grain/Chips/Gravel
- 5 [ ] Pole
- 6 [ ] Cargo Tank
- 7 [ ] Flatbed
- 8 [ ] Dump
- 9 [ ] Concrete Mixer
- 10 [ ] Auto Transporter
- 11 [ ] Garbage/Refuse
- 12 [ ] Other (Specify)
- 13 [ ] Unknown

**COMMERCE CLASSIFICATION (Check one):**
- 1 [X] Interstate Commerce
- 2 [ ] Intrastate Commerce
- 3 [ ] Not Applicable

**TRUCK WIDTH (Widest part of truck or trailer):**
- 1 [X] 96 inches
- 2 [ ] 102 inches
- 3 [ ] Other (Specify)

**DRIVER'S LICENSE CLASS CODE:**
- A [X]   M [ ]
- B [ ]   O [ ]
- C [ ]

### HAZARDOUS MATERIAL INVOLVED

**Did vehicle have a Haz Mat Placard?**
- 1 [ ] Yes
- 2 [X] No

**Placard Information:** 1-Digit Hazard Class Number from bottom of Diamond Placard. 1-Digit No. ____

**Was hazardous cargo released?** (Do not count fuel from fuel tank)
- 1 [ ] Yes
- 2 [ ] No

**BUS USE:**
- 1 [ ] Not a Bus
- 2 [ ] Transit Bus
- 3 [ ] Charter Bus
- 4 [ ] School Bus
- 5 [ ] Intercity Bus
- 6 [ ] Not Reported
- 7 [ ] Other

### TRUCK / BUS - 2

**DRIVER:** _____

**CARRIER IDENTIFICATION:** 1 U.S. DOT _____   1 ICC MC _____

**CARRIER NAME:** _____

**CARRIER ADDRESS:** _____

**GROSS VEHICLE WEIGHT RATING (GVWR) or GROSS COMBINATION VEHICLE WEIGHT RATING (GCVWR):**
- [ ] 10,000 Lbs. or Less (Requires Haz Mat Placards)
- [ ] 10,001 Lbs. - 26,000 Lbs.
- [ ] More than 26,000 Lbs.

**TRAILER LICENSE PLATE:** No. ____   Year ____   State ____

**VEHICLE CONFIGURATION:** (all unchecked)

**CARGO BODY TYPE:** (all unchecked)

**COMMERCE CLASSIFICATION:**
- 1 [ ] Interstate Commerce
- 2 [ ] Intrastate Commerce
- 3 [ ] Not Applicable

**TRUCK WIDTH:**
- 1 [ ] 96 inches
- 2 [ ] 102 inches
- 3 [ ] Other (Specify)

**DRIVER'S LICENSE CLASS CODE:**
- A [ ]   M [ ]
- B [ ]   O [ ]
- C [ ]

### HAZARDOUS MATERIAL INVOLVED

**Did vehicle have a Haz Mat Placard?**
- 1 [ ] Yes
- 2 [ ] No

**Was hazardous cargo released?**
- 1 [ ] Yes
- 2 [ ] No

**BUS USE:** (all unchecked)

*CERTIFIED COPY - Nebraska Dept. Accident Records Bureau*

| INVESTIGATOR NAME | INVESTIGATOR SIGNATURE | DEPARTMENT | OFFICER NO. | DATE OF REPORT |
|---|---|---|---|---|
| Trp. Martens | Digital Certificate with Nebraska Crime Commission | 0001 Nebraska State Patrol | 391 | 04/24/2012 |

DR Form 174, Jan 09   THIS FORM REPLACES DR FORM 174, JAN 02 PREVIOUS EDITIONS WILL BE DESTROYED.   MAIL TO: Accident Records Bureau, Nebraska Department of Roads, PO Box 94669, Lincoln, NE 68509-4669

0003

# AFFIDAVIT

## RECORDS PERTAINING TO: JEREMY WONCH

Before me, the undersigned authority, personally appeared __Robert A. Grant__, who being duly sworn, deposed as follows:

My name is __Robert A. Grant__. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the CUSTODIAN OF RECORDS OF HIGHWAY SAFETY. Attached hereto are __3__ pages of records from HIGHWAY SAFETY. These said __3__ pages of records are kept by HIGHWAY SAFETY in the regular course of business and it was the regular course of business of HIGHWAY SAFETY for an employee or representative of HIGHWAY SAFETY, or other individual, with knowledge of the act, event, condition, opinion, or diagnosis, recorded to make the record or to transmit information thereof to be included in such record; and the record was made at or near the time or reasonably soon thereafter. The records attached hereto are the originals or exact duplicates of the originals.

_Robert A. Grant_
**AFFIANT**

SUBSCRIBED AND SWORN TO BEFORE ME on this, the __22nd__ day of __Oct.__, 20__12__.

_Twila Avey_
Notary Public in and for The State of Nebraska

**GENERAL NOTARY - State of Nebraska**
**TWILA AVEY**
**My Comm. Exp. December 24, 2015**

__Twila Avey__
Notary's Printed Name

__Dec. 24, 2015__
My Commission Expires