IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY J. WONCH,<br><br>                Plaintiff,<br><br>vs.<br><br>DEREK K. MEYER, Individually; and NAVAJO EXPRESS, INC., a Colorado Corporation;<br><br>                Defendants. | 8:14CV166<br><br>**AMENDED PROGRESSION ORDER** |

The Joint Motion to Extend Deadlines and Continue Trial Date (Filing No. 36) is granted, and the progression order is amended as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on **November 2, 2015**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **October 20, 2015** at **1:00 p.m.**, and will be conducted by WebEx conferencing. To facilitate this conferencing method, the parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on October 19, 2015. An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.

3) A telephonic conference with the undersigned magistrate judge will be held on **July 21, 2015** at **8:30 a.m.** (CDT) to discuss the status of case progression and potential settlement. Counsel for plaintiff shall place the call.

4) The deadline for completing written discovery under Rules 33 through 36 of the Federal Rules of Civil Procedure is May 18, 2015. Motions to

       compel Rule 33 through 36 discovery must be filed by June 1, 2015. **Note:** Motions to compel shall not be filed without first contacting the chambers of the undersigned magistrate judge to set a conference for discussing the parties' dispute.

5) The deadlines for complete expert disclosures, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

        For the plaintiff(s):    May 15, 2015.
        For the defendant(s):   June 15, 2015

6) The deposition deadline is July 15, 2015.

7) The deadline for filing motions to dismiss and motions for summary judgment is July 15, 2015.

8) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is July 15, 2015.

Dated this 13th day of February, 2015.

                                         BY THE COURT:

                                         *s/ Cheryl R. Zwart*
                                         United States Magistrate Judge