IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JEREMY J. WONCH, | |
|---|---|
| Plaintiff, | 8:14CV166 |
| vs. | |
| DEREK K. MEYER, AND Individually; and NAVAJO EXPRESS, INC., a Colorado Corporation; | AMENDED PROGRESSION ORDER |
| Defendants. | |

IT IS ORDERED that the final progression order is as follows:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at **9:00 a.m. on April 18, 2016**, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **April 5, 2016 at 2:00 p.m.**, and will be conducted by WebEx conferencing. Instructions and codes for participating in the pretrial conference by WebEx may be located at Filing No. 54. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on April 1, 2016.

3) The deadlines for complete expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

| | |
|---|---|
| For the plaintiff: | November 30, 2015. |
| For the defendants: | November 30, 2015. |
| For the plaintiff's rebuttal: | December 15, 2015. |

4) The deposition deadline is January 29, 2016.

5) Mediation to be completed by January 29, 2016.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is January 20, 2016.

November 18, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge