IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY J. WONCH,<br><br>        Plaintiff,<br><br>vs.<br><br>DEREK K. MEYER, AND Individually; and NAVAJO EXPRESS, INC., a Colorado Corporation;<br><br>        Defendants. | 8:14CV166<br><br>**ORDER** |

On January 28, 2016, Plaintiff filed an unopposed motion to continue trial. ([Filing No. 88](#)).

IT IS ORDERED:

1) The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on June 20, 2016, or as soon thereafter as the case may be called, for a duration of four (4) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

2) The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on June 7, 2016 at **2:30 p.m.**, and will be conducted by WebEx conferencing. Instructions and codes for participating in the pretrial conference by WebEx can be found at Filing No. 54. The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on June 3, 2016.

Dated this 22nd day of February, 2016

                                              BY THE COURT:

                                              *s/ Cheryl R. Zwart*
                                              United States Magistrate Judge