IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY J. WONCH,<br><br>        Plaintiff,<br><br>vs.<br><br>DEREK K. MEYER, AND Individually;<br>and NAVAJO EXPRESS, INC., a<br>Colorado Corporation;<br><br>        Defendants. | 8:14CV166<br><br>**ORDER** |

IT IS ORDERED:

1) For the reasons stated on the record, (Filing No. 115), Plaintiff's motion to quash, (Filing No. 106), is denied.

2) The jury trial of this case remains set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on June 20, 2016, or as soon thereafter as the case may be called, for a duration of six (6) trial days.[1] This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

May 24, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge

---

[1] Trial will not be held on June 24, 2016. If the trial is not complete on June 23, 2016, it will reconvene on June 27, 2016.