IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY J. WONCH,<br><br>        Plaintiff,<br><br>vs.<br><br>DEREK K. MEYER and NAVAJO EXPRESS, INC.,<br><br>        Defendants. | 8:14-CV-166<br><br>MEMORANDUM AND ORDER |

The Court has been advised that the parties in this case have settled their claims. Accordingly,

IT IS ORDERED:

1. On or before July 15, 2016, the parties shall file a joint stipulation for dismissal, or other dispositive stipulation, together with submitting to the undersigned judge a draft order which will fully dispose of the case.

2. Absent compliance with this order, this case (including counterclaims and the like) may be dismissed without further notice.

3. This case is removed from the Court's trial docket.

4. The plaintiff's motion in limine (filing 133) and the defendants' motion in limine (filing 130) are denied as moot.

5. The Clerk of the Court shall set a dismissal papers deadline of July 15, 2016.

Dated this 15th day of June, 2016.

BY THE COURT:

_____
John M. Gerrard
United States District Judge