IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY J. WONCH,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEREK K. MEYER and NAVAJO EXPRESS, INC.,<br><br>　　　　　Defendants. | 8:14-CV-166<br><br>JUDGMENT |

Upon the parties' stipulation for dismissal (filing 138), this matter is dismissed with prejudice, with each party to bear their own fees and costs.

Dated this 13th day of July, 2016.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　John M. Gerrard
　　　　　　　　　　　　　　　　　　United States District Judge